IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ILSE SOUMA,
Plaintiff

vs. C.A. 04-282L

UNITED STATES OF AMERICA,
Defendant

RECEIVED JUN 14 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

Plaintiff Ilse Souma and Defendant United States of America, by and through their undersigned counsel, hereby stipulate and agree that plaintiff's complaint against the United States of America, is voluntarily dismissed by plaintiff with prejudice, each party to bear their own fees, costs, and expenses.

ROBIN E. FEDER
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000

JOHN C. MANNI, ESQUIRE
Attorney for Plaintiff
1405 Plainfield Street
Johnston, RI 02919
(401) 944-2647

ROBERT J. COSENTINO, ESQUIRE
ATTORNEY FOR PLAINTIFF
950 Smith Street
Providence, RI 02908
(401) 421-1170 REG.: 2459

Enter:
Ronald R. Lagueux
Sr. USDJ 6/15/05